1   LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
2   **LEVIN SIMES KAISER & GORNICK LLP**
    One Bush Street, 14th Floor
3   San Francisco, CA  94104
    Telephone:  415-646-7160
4   Facsimile:  415-981-1270
5
    Attorneys for Plaintiffs
6

7                     UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA
9

| 10 | SHELLEY POWELL AND WILLIAM POWELL, | ) | CASE NO.  C 06 0557 JL |
|---|---|---|---|
| 11 | | ) | Before the Honorable James Larson |
| 12 | Plaintiffs, | ) | [~~PROPOSED~~] **ORDER VACATING** |
| 13 | v. | ) | **AND/OR CONTINUING CASE** |
| 14 | ASTRAZENECA PHARMACEUTICALS, L.P. AND ASTRAZENECA, L.P., | ) | **MANAGEMENT CONFERENCE** |
| 15 | | ) | Conference Date:   May 3, 2006 |
| 16 | Defendants. | ) | Conference Time:   10:30 a.m. |
|  |  | ) | Location:   Courtroom F, 15th Floor |
|  |  | ) |    San Francisco |

17          For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court

18   hereby continues the May 3, 2006 Case Management Conference ("CMC") to __August 2, 2006__,

19

20   at _10:30 a.m._.  In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel*

21   *Products Liability Litigation,* for enough in advance of the new CMC date, the parties shall file a Joint

22   CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23          **IT IS SO ORDERED.**

24   DATED: April 26, 2006

25                                              Honorab_____
                                                United S_____
26                                                         Judge James Larson

27

28